UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METRO URGENT CARE &
FAMILY MEDICAL CENTER,

    Plaintiff,

v

STATE FARM FIRE AND CASUALTY
COMPANY,

    Defendant.

Case No. 3:21-cv-10394
Hon. Robert H. Cleland

Magistrate Judge Kimberly G. Altman

---

**LENNOX EMANUEL (P59251)**
**LENNOX EMANUEL, PLC**
Attorneys for Plaintiff
21824 Piper Avenue
Eastpointe, Michigan 48021
(248) 568-4904
lemanuel24@comcast.net

**CARY R. BERLIN (P64122)**
**NATHAN M. WHITFORD (P83444)**
**PATRICK, JOHNSON & MOTT, P.C.**
Attorneys for Defendant
70 Macomb Place, Suite 224
Mt. Clemens, Michigan 48043
(248) 356-8590; (248) 356-7934 (fax)
cberlin@pjmpc.com

---

## **JUDGMENT ON JURY VERDICT**

    This case was brought to trial on June 28, 2022 before a jury of eight (8) persons impaneled to decide the factual disputes between the parties and the jury, after listening to the testimony of all the witnesses and reviewing the exhibits admitted , returned a verdict in open court on June 30, 2022 in favor of Plaintiff and against the Defendant.

    The parties have now reached an agreement as to the amount of the Judgment, including interest owed under MCL 500.2006(4), as evidenced by the signatures of the parties' attorneys below.

    NOW THEREFORE, Judgment is hereby entered in favor of Plaintiff, Metro Urgent Care & Family Medical Center, and against Defendant, State Farm Fire and Casualty Company, in the

total amount of $157,500.00, including interest.

      IT IS FURTHER ORDERED that the Judgement has already been satisfied.

      **This is a Final Order and Closes the case**.

Dated: July 14, 2022

                                      s/Robert H. Cleland
                                      HON. ROBERT H. CLELAND
                                      U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| *s/ Lennox Emanuel* | *s/ Cary R. Berlin* |
| LENNOX EMANUEL, PLC | PATRICK, JOHNSON & MOTT, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 21824 Piper Avenue | 27777 Franklin Road, Suite 1400 |
| Eastpointe, Michigan 48021 | Southfield, Michigan 48034 |
| (248) 568-4904 | (248) 356-8590 |
| lemanuel24@comcast.net | cberlin@pjmpc.com |
| P59251 | P64122 |